UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-CV-20626-SEITZ/SIMONTON

SUZUKI MOTOR CORPORATION and
AMERICAN SUZUKI MOTOR CORPORATION,

    Plaintiffs,

v.

JUIJIANG HISON MOTOR BOAT
MANUFACTURING CO., LTD,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Report and Recommendation re: Plaintiffs' Motion for Attorneys' Fees and Costs [DE-52] issued by Magistrate Judge Simonton. In that Report, Magistrate Judge Simonton recommends that Plaintiffs' request for attorneys' fees and costs be granted by default and that Plaintiffs be awarded $197,963.00 in attorneys' fees[1] and $16,038.44 in costs. Defendants are in default in this matter and, therefore, have failed to respond to the request or to file any objections to the Report and Recommendation. Plaintiffs have not filed any objections to the Report and Recommendation. Thus, having carefully reviewed, *de novo*, Magistrate Judge Simonton's Report and Recommendation, the record, and given that no objections have been filed, it is hereby

ORDERED that:

(1) The above-mentioned Report and Recommendation [DE-52] is AFFIRMED and

---

[1] While the Court finds it difficult to believe that four attorneys, each with over 20 years experience, spent a combined 447.3 hours on this matter, given that Defendants defaulted after entry of a consent order granting Plaintiffs' motion for a preliminary injunction, the request for fees has not be opposed. Consequently, the Court will grant the request.

ADOPTED, and incorporated by reference into this Court's Order.

(2) Plaintiffs' are awarded $197,963.00 in attorneys' fees and $16,038.44 in costs.

DONE and ORDERED in Miami, Florida, this 20th day of August, 2013.

*[signature]*
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   All Counsel of Record